IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LENWARD SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 4:10-cv-00279-BAE–GRS |
| | ) NOTICE OF DISMISSAL |
| | ) |
| STONELEIGH RECOVERY ASSOCIATES, LLC | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Georgia Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

**RESPECTFULLY SUBMITTED** this 28th day of January, 2011.

> s/ Dennis R. Kurz
> Dennis R. Kurz
> Georgia Bar No. 430489
> WEISBERG & MEYERS, LLC
> 5025 N. Central Ave. #602
> Phoenix, AZ 85012
> (888) 595-9111 ext. 412
> (866) 842-3303 (fax)
> dkurz@attorneysforconsumers.com
> Attorneys For Plaintiff, Lenward Smith

Notice Filed electronically on this 28th day of January, 2011, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia