IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JAN 31  PM 2: 03

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| LENWARD SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 4:10-cv-00279-BAE--GRS |
| | ) NOTICE OF DISMISSAL |
| | ) |
| STONELEIGH RECOVERY | ) |
| ASSOCIATES, LLC | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Georgia Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

**RESPECTFULLY SUBMITTED** this 28th day of January, 2011.

APPROVED: 01/31/2011

_____
B. Avant Edenfield
Judge, U. S. District Court

s/ Dennis R. Kurz
Dennis R. Kurz
Georgia Bar No. 430489
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com
Attorneys For Plaintiff, Lenward Smith

Notice Filed electronically on this 28th day of January, 2011, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia